**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CLEVIS MITCHELL WORKMAN,

   Plaintiff,

-vs-

COMMISSIONER OF
SOCIAL SECURITY,

   Defendant.
_____/

CASE NO. 08-11705

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

STEVEN D. PEPE
UNITED STATES MAGISTRATE JUDGE

**ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**
**AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

  Before the Court is the Magistrate Judge's June 25, 2008 Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. (Doc. No. 14). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

  (1) **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 14);

  (2) **DENIES** Plaintiff's Motion for Summary Judgment (Doc. No. 9); and

  (3) **GRANTS** Defendant's Motion for Summary Judgment. (Doc. No. 13).

**SO ORDERED.**

            S/Paul D. Borman
            PAUL D. BORMAN
            UNITED STATES DISTRICT JUDGE

Dated: July 27, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 27, 2009.

                                                S/Denise Goodine
                                                Case Manager